# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK KEVIN MUSE,** | : | **CIVIL ACTION NO. 1:04-CV-1302** |
| **Petitioner** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **MARDI HUNSBERGER, et al.,** | : | |
| **Respondents** | : | |

## ORDER

AND NOW, this 15th day of August, 2005, upon consideration of the answer (Doc. 12) to the petition for writ of habeas corpus (Doc. 1), accompanied by excerpts of the transcript of the jury trial underlying petitioner's conviction, see R. GOVERNING § 2254 CASES R. 5(c) ("The respondent must attach to the answer parts of the transcript that the respondent considers relevant."), and it appearing that the remainder of the trial transcript is relevant to respondents' assertion that trial errors alleged in the petition were harmless (Doc. 11 at 7-8), see Brecht v. Abrahamson, 507 U.S. 619, 627-30 (1993) (discussing habeas review of prosecution's use of post-Miranda silence); see also R. GOVERNING § 2254 CASES R. 5(c) ("The judge may order that the respondent furnish other parts of existing transcripts . . . ."), it is hereby ORDERED that respondents shall, on or before August 22, 2005, file the complete transcript of the jury trial in Commonwealth v. Muse, No. 1998-10087 (Pa. Ct. Com. Pls. Lebanon Feb. 3-5, 1999).

    S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge